
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 29 2016 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
ENRIQUE RAMOS,

                Plaintiff,

   -against-

POLICE OFFICER MAUREEN ENGELS, Shield #4750,
and POLICE OFFICER MICHAEL VILA, Shield #31274,

                Defendants.
-------------------------------------------------------------------- X

15-CV-1081 (ARR)(LB)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated June 3, 2016, from the Honorable Lois Bloom, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion to amend his complaint to add Police Officers Callagy and O'Leary is denied. To the extent plaintiff seeks to amend his complaint to allege Police Officers Engels and Vila failed to intervene to protect plaintiff from excessive force, plaintiff is granted leave to do so.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: June 27, 2014
      Brooklyn, New York